# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 9505512989697348114712

Remove ✕

**Expected Delivery on**

**SATURDAY**

**16** DECEMBER 2017 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

December 16, 2017 at 10:49 am
Delivered, PO Box
PORT JEFFERSON STATION, NY 11776

---

**Tracking History** ⌄

**Product Information** ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900) How can I help you?

https://tools.usps.com/go/TrackConfirmAction?tLabels=9505512989697348114712