SYRACUSE CITY COURT
COUNTY OF ONONDAGA, STATE OF NEW YORK
---------------------------------------------------------------X

Catalano, Thomas
27460008

MARCIA K LAFAVE
        Plaintiff

Index No. SC-000029-13/SY

-against-

T.J. CATALANO II
        Defendant

EXECUTION WITH NOTICE
TO GARNISHEE

8/1/18 process
3/2/18 mailed

---------------------------------------------------------------X

To The Enforcement Officer, Greeting:

WHEREAS, in an action in the SYRACUSE CITY COURT County of ONONDAGA, between MARCIA K LAFAVE as plaintiff and T.J. CATALANO II, as defendant who are all parties named in said action, a judgment was entered on APRIL 09, 2013 in favor MARCIA K LAFAVE judgment creditor and against T.J. CATALANO II, judgment debtor whose last known address is 365 STANTON AVE, SYRACUSE, NY 13209 in the amount of $5,020.00 including costs, of which $5,020.00 together with interest from APRIL 09, 2013 remains due and unpaid;

NOW, THEREFORE, WE COMMAND YOU to satisfy said judgment out of the real and personal property of the above named judgment debtor and the debts due to him; and that only the property in which the judgment debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the clerk of the above captioned court within 60 days after issuance unless service of the execution is made within that time or within extensions of that time made in writing by the attorney for the judgment creditor.

NOTICE TO GARNISHEE To:    ACMG FCU
                            1753 MILTON AVENUE, SOLVAY, NY 13209

WHEREAS, it appears that you are indebted to the judgment debtor, above named, or in possession or custody of property not capable of delivery in which the debtor has an interest, including, without limitation, the following specified debt and property: ANY AND ALL CHECKING AND/OR SAVINGS ACCOUNTS OR ANY OTHER FUNDS THAT MAY BE PAYABLE Debtor's SSN

NOW, THEREFORE, YOU ARE REQUIRED by section 5232(a) of the CPLR forthwith to transfer to the sheriff all personal property not capable of delivery in which the judgment debtor is known or believed to have an interest now in or hereafter coming into possession or custody including any property specified in this notice; and to pay to the sheriff, upon maturity, all debts now due or hereafter coming due from you to the judgment debtor, including any debts specified in this notice; and execute any documents necessary to effect such transfer or payment;

AND TAKE NOTICE that until such transfer or payment is made or until expiration of 90 days after the service this execution upon you or such further time as provided by any order of the court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than said sheriff, except upon direction of said sheriff or pursuant to an order of the court;

AND TAKE FURTHER NOTICE THAT at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the court upon motion of the judgment creditor has provided, this levy shall be void except as to property or debts which have been transferred or paid to said sheriff or as to which a proceeding under sections 5225 or 5227 of the CPLR has been brought.

Dated: FEBRUARY 16, 2018

Carolyn Daley Scott, Esq.
P.O. Box 314
Port Jefferson Station, NY 11776
(631) 938-1189

Pursuant to subdivision (I) of section fifty-two hundred five of the Civil Practice Law and Rules, two thousand seven hundred and fifty ($2,750.00) dollars of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in paragraph two of subdivision (I) of section fifty-two hundred five of the Civil Practice Law and Rules, is exempt from execution and that the garnishee cannot levy upon or restrain two thousand seven hundred and fifty dollars ($2,750.00) in such an account.

Pursuant to subdivision (I) of section fifty-two hundred twenty-two of the Civil Practice Law and Rules, an execution shall not apply to an amount equal to or less than ninety percent of the greater of two hundred forty times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or two hundred forty times the state minimum hourly wage prescribed in section six hundred fifty-two of the labor law as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

Claim Number  H999889

Scanned by CamScanner

TranZact - Share Drafts - View Image

Page 1 of 1

221379918 - ACMG FCU

Friday, March 23, 2018 2:33 PM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 3/8/2018 | 95356728 | 20534 | ███████ | | $3,127.00 | | |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES. SEE BACK FOR DETAILS.

**acmg**
FEDERAL CREDIT UNION
SOLVAY, NEW YORK 13209

50-7991/2213
ACMG FEDERAL CREDIT UNION
VOID AFTER 90 DAYS

20534

DATE 03/01/18

PAY THREE THOUSAND ONE HUNDRED TWENTY-SEVEN AND 00/100 DOLLARS

$******3,127.00

TO THE ORDER OF
JAMES P BURNS, MARSHAL
RE: THOMAS J CATALANO II
IND#SC-000029-13/SY
EP#20068

*Roscoe Gentile*
AUTHORIZED SIGNATURE

⑈20534⑈ ⑆221379918⑆ 9100801005000 2⑈

>021309735<
Solvay Bank
State Tower
0739349122
154762

Scanned by CamScanner

https://www.tranzact.org/Services/ShareDrafts/Detail?amount=3127&check=20534&date=...  3/23/2018